UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.

D-1 Eric Leon,
D-2 Freddie O. Leon,
D-3 Rasheed J. Watkins,
D-4 James A. Graves, and
D-5 Lorenzo Luna-Beltran,

      Defendants.

_____/

Case:2:22-cr-20599
Judge: Murphy, Stephen J.
MJ: Altman, Kimberly G.
Filed: 11-10-2022 At 03:37 PM
INDI USA V. SEALED MATTER (NA)

Violations:
21 U.S.C. § 846
21 U.S.C. § 841

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
**Conspiracy to Possess With Intent to Distribute and
to Distribute a Controlled Substance
21 U.S.C. § 846**

D-1 ERIC LEON

D-2 FREDDIE O. LEON

D-3 RASHEED J. WATKINS

D-4 JAMES A. GRAVES

D-5 LORENZO LUNA-BELTRAN

From on or about September 1, 2021, to on or about October 17, 2022, in the Eastern

District of Michigan, and elsewhere, the defendants, D-1 ERIC LEON, D-2 FREDDIE O.

LEON, D-3 RASHEED J. WATKINS, D-4 JAMES A. GRAVES, and D-5 LORENZO LUNA-

BELTRAN, knowingly and intentionally combined, conspired, confederated, and agreed with other individuals, known and unknown to the Grand Jury, to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

## QUANTITY OF CONTROLLED SUBSTANCES INVOLVED IN THE CONSPIRACY

1.     With respect to defendant D-1 ERIC LEON and D-3 RASHEED J. WATKINS, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, was:

A.     400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi);

B.     50 grams or more of methamphetamine, its salts, and its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii); and

C.     500 grams or more of a substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

2.     With respect to defendants D-2 FREDDIE O. LEON, D-4 JAMES A. GRAVES, and D-5 LORENZO LUNA-BELTRAN, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators

reasonably foreseeable to them, was 50 grams or more of methamphetamine, its salts, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT TWO
### Attempted Possession with Intent to Distribute Cocaine
### 21 U.S.C. §§ 841(a)(1), 846

D-3 RASHEED J. WATKINS

On or about June 4, 2022, in the Eastern District of Michigan, the defendant, D-3 RASHEED J. WATKINS, knowingly and intentionally attempted to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), and 846.

## COUNT THREE
### Attempted Possession with Intent to Distribute Methamphetamine
### 21 U.S.C. §§ 841(a)(1), 846

D-3 RASHEED J. WATKINS

On or about June 21, 2022, in the Eastern District of Michigan, the defendant, D-3 RASHEED J. WATKINS, knowingly and intentionally attempted to possess with intent to distribute 50 grams or more of methamphetamine, its salts, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 846.

## COUNT FOUR
### Attempted Possession with Intent to Distribute Fentanyl
### 21 U.S.C. §§ 841(a)(1), 846

D-3 RASHEED J. WATKINS

On or about August 8, 2022, in the Eastern District of Michigan, the defendant, D-3 RASHEED J. WATKINS, did knowingly and intentionally attempt to possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), and 846.

## COUNT FIVE
### Attempted Possession with Intent to Distribute Methamphetamine
### 21 U.S.C. §§ 841(a)(1), 846

D-5 LORENZO LUNA-BELTRAN

On or about August 18, 2022, in the Eastern District of Michigan, the defendant, D-5 LORENZO LUNA-BELTRAN, did knowingly and intentionally attempt to possess with intent to distribute 50 grams or more of methamphetamine, its salts, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 846.

## COUNT SIX
### Attempted Possession with Intent to Distribute Fentanyl
### 22 U.S.C. §§ 841(a)(1), 846

D-3 RASHEED J. WATKINS

On or about October 18, 2022, in the Eastern District of Michigan, the defendant, D-3 RASHEED J. WATKINS, did knowingly and intentionally attempt to possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), and 846.

## FORFEITURE ALLEGATION
### 21 U.S.C. § 853; 28 U.S.C. § 2461(c)

1.     Pursuant to Fed. R. Cr. P. 32.2(a) and 21 U.S.C. § 853, the government hereby provides notice to the defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set for in this Indictment.

2.     Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third party;

   c. Has been placed beyond the jurisdiction of the Court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c).

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON


DAWN N. ISON
United States Attorney


*s/Benjamin C. Coats*
BENJAMIN C. COATS
Chief, Drug Task Force Unit


*s/Thomas Franzinger*
THOMAS FRANZINGER
Assistant United States Attorney

Dated: 11/10/2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover S | Case:2:22-cr-20599<br>Judge: Murphy, Stephen J.<br>MJ: Altman, Kimberly G.<br>Filed: 11-10-2022 At 03:37 PM<br>INDI USA V. SEALED MATTER (NA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately ⌐_____

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | AUSA's Initials: _____ |

**Case Title:**   USA v. <u>Eric Leon et al</u>

**County where offense occurred:**   <u>Wayne</u>

**Offense Type:**   Felony

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

11/10/2022
          Date

Thomas Franzinger
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Thomas.franzinger2@usdoj.gov
(313) 226-9774
Bar #: DC 1005000

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.