CLOSED,SEALED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:22-mj-04569-DUTY All Defendants *SEALED*
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Leon | Date Filed: 11/18/2022 |
| | Date Terminated: 11/21/2022 |

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | | |
|---|---|---|
| **Eric Leon**<br>TERMINATED: 11/21/2022 | represented by | **Nadine C Hettle**<br>Federal Public Defenders Office<br>321 East 2nd Street<br>Los Angeles, CA 90012-4206<br>213-894-4790<br>Fax: 213-894-0081<br>Email: nadine_hettle@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Defendant in violation of 21:841 | Defendant is ordered HELD to ANSWER to the USDC, Eastern District of Michigan at Detroit |

**Plaintiff**

| USA | represented by | US Attorney's Office<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2022 | 🔒 | (Court only) ***Defendant Eric Leon ARRESTED (Rule 5(c)(3)) (ja) (Entered: 11/22/2022) |
| 11/18/2022 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Eric Leon, originating in the Eastern District of Michigan. Defendant charged in violation of: 21:841. Signed by agent Dennis Schupp, DEA; Special Agent. (ja) (Entered: 11/22/2022) |
| 11/18/2022 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Eric Leon; defendants Year of Birth: 1999; date of arrest: 11/17/2022 (ja) (Entered: 11/22/2022) |
| 11/18/2022 | 3 | Defendant Eric Leon arrested on warrant issued by the USDC Eastern District of Michigan at Detroit. (Attachments: # 1 Charging Document)(ja) (Entered: 11/22/2022) |
| 11/18/2022 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Eric Leon (ja) (Entered: 11/22/2022) |
| 11/18/2022 | 5 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Pedro V. Castillo as to Defendant Eric Leon, granting 4 REQUEST for Detention as to Eric Leon (1). Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order). Contested detention hearing held. Defendant arraigned and states true name is as charged. Attorney: Nadine C Hettle for Eric Leon, Deputy Federal Public Defender, present. Court orders defendant Permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Eastern District of Michigan. Warrant of Removal and final commitment to issue. No reporting instructions provided by government. Court Smart: CS 11/18/22. (ja) (Entered: 11/22/2022) |
| 11/18/2022 | 🔒 | (Court only) Time in Court recorded for Detention Hearing as to Defendant Eric Leon (ja) (Entered: 11/22/2022) |
| 11/18/2022 | 🔒 6 | FINANCIAL AFFIDAVIT filed as to Defendant Eric Leon. (Not for Public View pursuant to the E-Government Act of 2002) (ja) (Entered: 11/22/2022) |
| 11/18/2022 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Plaintiff USA as to Defendant Eric Leon. (ja) (Entered: 11/22/2022) |
| 11/18/2022 | 8 | MINUTES OF IN CHAMBERS ORDER OF DETENTION by Magistrate Judge Pedro V. Castillo as to Defendant Eric Leon. Court Smart: CS 11/18/22. (ja) (Entered: 11/22/2022) |
| 11/18/2022 | 9 | WAIVER OF RIGHTS approved by Magistrate Judge Pedro V. Castillo as to Defendant Eric Leon. (ja) (Entered: 11/22/2022) |

| 11/21/2022 | 10 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Pedro V. Castillo that Defendant Eric Leon be removed to the Eastern District of Michigan (ja) (Entered: 11/22/2022) |
|---|---|---|
| 11/21/2022 | 🔒 | (Court only) ***Magistrate Case Terminated (ja) (Entered: 11/22/2022) |
| 11/22/2022 | | Notice to Eastern District of Michigan of a SEALED Rule 5 Initial Appearance as to Defendant Eric Leon. Your case number is: 2:22-CR-20599. The clerk will transmit ALL restricted documents via email. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 11/22/2022) |

FILED

2022 NOV 18 AM 9:49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES
BY: JaV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States | | CASE NUMBER | **MJ 22-04569** |
|---|---|---|---|
| | PLAINTIFF(S) | 2:22-CR-20599 | |
| v. | | | |
| Eric LEON | | **DECLARATION RE** | |
| | DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** | |

The above-named defendant was charged by: US Drug Enforcement Administration
in the Eastern District of Michigan on 11-10-2022
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about Sept. 1, 2021 to Oct. 17, 2022
in violation of Title 21 U.S.C., Section(s) 841 ; 846
to wit: Possession of a cont. subs. with intent to distribute ; Conspiracy

A warrant for defendant's arrest was issued by: Eastern District of Michigan

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond: N/A

Relevant document(s) on hand (attach): Arrest Warrant

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/17/22
                Date

_____          Dennis Schupp
Signature of Agent                 Print Name of Agent

DEA                                Special Agent
Agency                             Title

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Eric Leon<br><br>Defendant. | Western Division     UNDER SEAL<br>Case Number: 2:22-MJ-04569    Out of District Affidavit<br>Initial App. Date: 11/18/2022    Custody<br>Initial App. Time: 2:00 PM<br><br>Date Filed: 11/18/2022<br>Violation: 21:841<br>CourtSmart/ Reporter: CS 11/18/22 |

| PROCEEDINGS HELD BEFORE UNITED STATES<br>MAGISTRATE JUDGE: **Pedro V. Castillo** | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: Ramirez, Marlene     Alix McKenna     None
*Deputy Clerk*     *Assistant U.S. Attorney*     *Interpreter/Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
    ☐ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☑ Attorney: Nadine Hettle, DFPD ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
    ☐ Special appearance by: _____.
☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☑ WITHDRAWN ☐ CONTINUED
☑ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $_____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for
    District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☑ Defendant executed Waiver of Rights. ☐ Process received.
☑ Court ORDERS defendant Held to Answer to **Eastern** District of **Michigan**
    ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
    ☑ Warrant of removal and final commitment to issue. Date issued: 11/21/22 By CRD: Marlene Ramirez
    ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
    Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
☑ Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☑ Other: No reporting instructions provided by government.
    ☑ PSA ☐ USPO ☑ FINANCIAL ☐ CR-10 ☐ CR-29 ☑ READY
    D     Deputy Clerk Initials: MR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Eric Leon

DEFENDANT

CASE NUMBER: MJ 22-04569

FILED CLERK U.S. DISTRICT COURT
NOV 18 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

WAIVER OF RIGHTS
(OUT OF DISTRICT CASES)

I understand that charges are pending in the __Eastern__ District of __Michigan__ alleging violation of __21 U.S.C. § 841(a)__ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
  (1)   have an identity hearing to determine whether I am the person named in the charges;
  (2)   arrival of process;

-*Check one only*-

☑ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
  (3)   have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
  (4)   request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
  (3)   have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☑ have an identity hearing
☑ arrival of process
☐ have a preliminary hearing
☑ have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐ have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

X _____
Defendant

_____
Defense Counsel

_____
United States Magistrate Judge

Date: 11/18/2022

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter (if required)

M-14 (09/09)   WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

FILED
CLERK, U.S. DISTRICT COURT
NOV 18 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff, | MJ 22-4569-Duty |
| v. | |
| Eric Leon | ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS |
| Defendant. | |

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

### IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

### IF YOU ARE CHARGED WITH A VIOLATION OF YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

CR-10 (06/18) ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS PAGE 1 OF 2

continued on Page 2

## IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

## IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

### ACKNOWLEDGMENT OF DEFENDANT:

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: X  11/18/22    X _____
                         *Signature of Defendant*

[or]

I have personally heard a translation in the _____ language read to me and understand the above Advisement of Rights.

Dated: _____     _____
                           *Signature of Defendant*

### STATEMENT OF THE INTERPRETER:

I have translated this Advisement of Rights to the Defendant in the _____ language.

Dated: _____     _____
                           *Signature of Interpreter*

                          _____
                           *Print Name of Interpreter*

### STATEMENT OF COUNSEL:

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: 11/18/22          _____
                           *Signature of Attorney*

CR-10 (06/18)       ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS       PAGE 2 OF 2

```
 1  E. MARTIN ESTRADA
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    ALIX MCKENNA (Cal. Bar No. 295202)
 4  Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 500-9350
 7       Facsimile: (213) 894-0141
         E-mail:    alix.mckenna@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
NOV 18 2022
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | MJ 22-04569 |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| ERIC LEON, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

☐ 1.   Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

☐   a.   present offense committed while defendant was on release pending (felony trial),

☐   b.   defendant is an alien not lawfully admitted for permanent residence; and

   ☐   c.    defendant may flee; or

   ☐   d.    pose a danger to another or the community.

☒  2.  Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure:

   ☒   a.    the appearance of the defendant as required;

   ☒   b.    safety of any other person and the community.

☐  3.  Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):

   ☐   a.    defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community;

   ☐   b.    defendant cannot establish by clear and convincing evidence that he/she will not flee.

☒  4.  Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e)):

   ☒   a.    Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

   ☐   b.    offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or 2332b(g)(5)(B) with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

   ☐   c.    offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

          2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

☐   d.   defendant currently charged with an offense described in paragraph 5a - 5e below, AND defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), AND that previous offense was committed while defendant was on release pending trial, AND the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

☒  5.   Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves:

☐   a.   a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

☐   b.   an offense for which maximum sentence is life imprisonment or death;

☒   c.   Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

☐   d.   any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

3

|   |   |    |    |
|---|---|----|----|
| ☐ | e. | any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250; |
| ☒ | f. | serious risk defendant will flee; |
| ☐ | g. | serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so). |

☐ 6. Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____

_____

_____

_____

//
//
//
//
//
//
//
//
//
//
//
//

4

☐ 7. Good cause for continuance in excess of three days exists in that:

_____

_____

_____

_____

Dated: November 18, 2022       Respectfully submitted,

                                      E. MARTIN ESTRADA
                                      Acting United States Attorney

                                      SCOTT M. GARRINGER
                                      Assistant United States Attorney
                                      Chief, Criminal Division

                                      /s/ *Alix McKenna*
                                      ALIX MCKENNA
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



**CRIMINAL MINUTES - GENERAL**

Case No. 22-MJ-4569     Date November 18, 2022

Title    United States v. Eric Leon

---

**Present: The Honorable**  Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**    ORDER OF DETENTION [18 U.S.C. § 3142(i)]

The Court conducted a detention hearing on:

☒ The motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving: drug offense with 10+ year maximum

☐ The motion of the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving:

☒ The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2-3)].

☒ The Court finds that the defendant ☐ has ☒ has not rebutted the presumption under 18 U.S.C. § 3142(e)(2-3) by sufficient evidence to the contrary.

\* \* \*

The Court finds that no condition or combination of conditions will reasonably assure:
  ☒ the appearance of the defendant as required (as proven by a preponderance of the evidence).
  ☒ the safety of any person or the community (as proven by clear and convincing evidence).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No. 22-MJ-4569　　　　　　　　　Date November 18, 2022

Title　United States v. Eric Leon

　　　The Court bases its findings (in addition to any made on the record at the hearing) on the following [18 U.S.C. § 3142(g)]:

- ☒ Nature and circumstances of offense charged
- ☒ Weight of known evidence against defendant
- ☐ Lack of bail resources or financially responsible sureties
- ☐ No stable residence, employment, or community ties
- ☐ Ties to foreign countries
- ☒ Substance abuse
- ☐ Nature of previous criminal convictions
- ☐ Previous failure to appear or violations of probation, parole, or release
- ☐ Already in custody on state or federal offense
- ☐ Refusal to interview with Pretrial Services or verify information
- ☒ Unrebutted presumption [18 U.S.C. § 3142(e)(2-3)]
- ☐ Other:

☐　Defendant did not oppose the detention request.

　　　In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the evidence presented at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

　　　IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

FILED
CLERK, U.S. DISTRICT COURT

November 21, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: __MR__ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | MJ 22-04569 |
| Eric Leon, | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| DEFENDANT(S). | Eastern District of Michigan At Detroit (City) |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

- ☑ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

charging him or her with (brief description of offense) Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance.

- ☑ in violation of Title __21__ United States Code, Section (s) __841;846__
- ☐ in violation of the conditions of his or her pretrial release imposed by the court.
- ☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:
- ☑ duly waived arrival of process.
- ☑ duly waived identity hearing before me on __11/18/22__.
- ☐ duly waived preliminary hearing before me on _____.
- ☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☐ had an identity hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  - ☐ Bail has been set at $_____ but has not been posted.
  - ☑ No bail has been set.
  - ☑ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

11/21/22
Date

_/s/ Pedro V. Castillo_
United States Magistrate Judge, Pedro V. Castillo

## RETURN

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____  _____
Date        Deputy

M-15 (01/09)     **FINAL COMMITMENT AND WARRANT OF REMOVAL**